```
 1  Patrick C. Mullin (State Bar No. 72041)
    Janelle J. Sahouria (State Bar No. 253699)
 2  JACKSON LEWIS P.C.
    50 California Street, 9th Floor
 3  San Francisco, California 94111-4615
    Telephone: (415) 394-9400
 4  Facsimile: (415) 394-9401
    E-mail: mullinp@jacksonlewis.com
 5  E-mail: janelle.sahouria@jacksonlewis.com

 6  Attorneys for Defendants
    BIOTELEMETRY, INC., CARDIOCORE LAB, LLC
 7  and VIRTUALSCOPICS, LLC (erroneously sued as
    VIRTUALSCOPICS, INC.)
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN TEAGUE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BIOTELEMETRY, INC., a Delaware Corporation, CARDIOCORE LAB, LLC, a Delaware Limited Liability Company, VIRTUALSCOPICS, INC., a Delaware Corporation and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. 3:16-cv-06527-MEJ<br><br>**DEFENDANTS' NOTICE OF ERRATA RE CORRECTING DEFENDANTS' NAMES AS THEY APPEAR ON COURT'S CIVIL DOCKET SHEET**<br><br>State Complaint Filed:   September 20, 2016<br>Removal Filed:              November 9, 2016<br>Trial Date:                     None Set |

TO THE HONORABLE CLERK OF THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, PLAINTIFF, AND HIS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that Defendants BioTelemetry, Inc., CardioCore Lab, LLC, and VirtualScopics, LLC (erroneously sued as VirtualScopics, Inc.) ("Defendants") hereby respectfully request that the Court correct the spellings of Defendants' names on the Court's civil docket sheet for this matter in the representing parties' section, using Defendants' names as they are correctly listed on page 1, lines 23-24, of Defendants' Notice of Removal (Document No. 1) filed on November 9, 2016. Specifically, the correct names of Defendants read as follows:

1  BioTelemetry, Inc., CardioCore Lab, LLC, and VirtualScopics, LLC (erroneously sued as
2  VirtualScopics, Inc.).

3  Dated: November 16, 2016                    JACKSON LEWIS P.C.

4

5                                          By:    /s/ Patrick C. Mullin
                                                  Patrick C. Mullin
6                                                 Janelle Sahouria
                                                  Attorneys for Defendants
7                                                 BIOTELEMETRY, INC., CARDIOCORE
                                                  LAB, LLC and VIRTUALSCOPICS, LLC
8                                                 (erroneously sued as VIRTUALSCOPICS,
                                                  Inc.)
9

# CERTIFICATE OF SERVICE

I, Bryana Schroder, declare that I am employed with the law firm of Jackson Lewis P.C., whose address is 50 California Street, 9th Floor, San Francisco, California, 94111-4615; I am over the age of eighteen (18) years and am not a party to this action.

On November 16, 2016, I served the attached **DEFENDANTS' NOTICE OF ERRATA RE CORRECTING DEFENDANTS' NAMES AS THEY APPEAR ON COURT'S CIVIL DOCKET SHEET** in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, addressed as follows:

Daniel L. Hitzke  
Alexander C. Eisner  
HITZKE & ASSOCIATES  
100 Oceangate, Suite 1100  
Long Beach, CA 90802  
Telephone: (562) 437-2807  
Fax: (562) 595-9983  
E-mail: daniel.hitzke@hitzkelaw.com  
E-mail: alexander.eisner@hitzkelaw.com  

Attorneys for Plaintiff  
CHRISTIAN TEAGUE  

☒ **BY MAIL:** United States Postal Service by placing sealed envelopes with the postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California. [( ) *Courtesy copy by fax.*]

☐ **BY HAND DELIVERY:** I caused such envelope to be delivered by hand to the above address.

☐ **BY OVERNIGHT DELIVERY:** I caused such envelope to be delivered to the above address within 24 hours by overnight delivery service.

☐ **BY FACSIMILE:** I caused such document to be transmitted by facsimile from our fax number (415) 394-9401 to the fax number indicated above (by written agreement, confirming letter dated and signed MM/DD/YY).

☐ **BY ELECTRONIC TRANSMISSION:** I caused such document(s) to be electronically transmitted to the above e-mail addresses through the File & ServeXpress e-filing system.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on November 16, 2016, at San Francisco, California.

_____  
Bryana Schroder

Case No. 3:16-CV-06527-MEJ  
CERTIFICATE OF SERVICE