Daniel L. Hitzke (Cal. Bar No. 220872)
Erick Ferran (Appearing Pro Hac Vice)
Vanessa Jarvis (Cal. Bar No. 201585)
HITZKE & FERRAN, LLP
100 Oceangate, Suite 1100
Long Beach, California 90802
Telephone: (562) 437-2807
Facsimile: (562) 595-9983
E-mail: daniel.hitzke@hitzkelaw.com
E-mail: scott.draper@hitzkelaw.com

Erick Ferran (Nevada Bar No. 9554)
(appearing *pro hac vice*)
HITZKE & FERRAN, LLP
2030 E. Flamingo Road, Suite 115
Las Vegas, Nevada 89119
Telephone: (702) 476-9668
E-mail: erick.ferran@hitzkelaw.com

Attorneys for Plaintiff
CHRISTIAN TEAGUE

Patrick C. Mullin (Cal. Bar No. 72041)
Dylan B. Carp (Cal. Bar No. 196846)
Janelle J. Sahouria (Cal. Bar No. 253699)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: patrick.mullin@jacksonlewis.com
E-mail: dylan.carp@jacksonlewis.com
E-mail: janelle.sahouria@jacksonlewis.com

Attorneys for Defendants
BIOTELEMETRY, INC., CARDIOCORE
LAB, LLC, and VIRTUALSCOPICS, LLC
(erroneously sued as VIRTUALSCOPICS,
INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN TEAGUE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BIOTELEMETRY, INC., a Delaware Corporation, CARDIOCORE LAB, LLC, a Delaware Limited Liability Company, VIRTUALSCOPICS, INC., a Delaware Corporation and DOES 1 through 50, Inclusive,<br><br>Defendants. | Case No. 3:16-cv-06527-~~MEJ~~ TSH<br><br>**STIPULATION TO CONTINUE DEFENDANT'S MOTION FOR ATTORNEYS FEES; PROPOSED ORDER**<br><br>**Courtroom A, 15th Floor**<br>**Magistrate Judge Thomas S. Hixon**<br><br>Present Date: January 10, 2019<br>Continued Date: January 24, 2019 |

Plaintiff CHRISTIAN TEAGUE ("Plaintiff") and Defendants BIOTELEMETRY, INC, CARDIOCORE LAB, LLC, and VIRTUALSCOPICS, LLC (erroneously sued as VirtualScopics, Inc.) ("Defendants") by and through their respective counsel undersigned (collectively referred to as the "Parties"), hereby stipulate to continue the hearing on Defendant's Motion for Attorneys Fees (To Determine Parties Prevailing on Contract and Fix Amount of Attorney's Fees Awardable) from January 10, 2019, at 10:00 a.m. in to January 24, 2019, at 10:00 a.m. in

Courtroom A, 15th Floor before Magistrate Judge Thomas S. Hixon.

**IT IS SO STIPULATED.**

Dated: January 3, 2019                    HITZKE & FERRAN, LLP

                                          By: /s/Daniel L. Hitzke
                                          Daniel L. Hitzke
                                          Erick Ferran (Pro Hac Vice)
                                          Vanessa Jarvis
                                          Attorneys for Plaintiff
                                          CHRISTIAN TEAGUE

Dated: January 3, 2019                    JACKSON LEWIS P.C.

                                          By: /s/ Dylan B. Carp
                                          Patrick C. Mullin
                                          Dylan B. Carp
                                          Janelle J. Sahouria
                                          Attorneys for Defendants
                                          BIOTELEMETRY, INC., CARDIOCORE
                                          LAB, LLC, and VIRTUALSCOPICS, LLC
                                          (erroneously sued as VIRTUALSCOPICS,
                                          INC.)

## ORDER

This matter coming on for consideration of the Parties' Stipulation and [Proposed] Order Granting a Continuance of Defendants' Motion for Attorney's Fees, for good cause shown:

**IT IS HEREBY ORDERED** that Defendants' the hearing is continued to January 24, 2019, at 10:00 a.m. in Courtroom A, 15th Floor.

**IT IS SO ORDERED.**

Dated: January 4, 2019

*/s/ T.M. Hixon/*
The Honorable Thomas S. Hixon
United States District Court Magistrate Judge

4845-8175-2670, v. 1