UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN TEAGUE,<br>　　　　　Plaintiff,<br>　v.<br>BIOTELEMETRY, INC., et al.,<br>　　　　　Defendants. | Case No. 16-cv-06527-TSH<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 89 |

The Court held a telephonic hearing on January 8, 2019 concerning the parties' Joint Discovery Letter, ECF No. 89. For the reasons stated on the record, the Court **ORDERS** that Teague may depose Joseph Capper, Eric Converse, Heather Getz and Ron Way. The Court **DENIES** Teague's request to depose Polina Voloshko.

**IT IS SO ORDERED.**

Dated: January 8, 2019

　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge